IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY JOHNSON                                                                                          PLAINTIFF

V.                              CASE NO.: 3:09CV00220 BD

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                  DEFENDANT

## JUDGMENT

Plaintiff's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, this 2nd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

1